IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Larretta Cochran, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:12cv772 |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 25, 2013 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 12, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is **AFFIRMED.**  This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                                                                                               s/Susan J. Dlott
                                                                                                                              Chief Judge Susan J. Dlott
                                                                                                                              United States District Court